

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Magistrate Case No. **21-MJ-2977** |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) |
| Chun Tse LIN, | ) | Bringing in Unlawful Alien(s) |
| | ) | Without Presentation |
| Defendant. | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about July 24, 2021, within the Southern District of California, Defendant Chun Tse LIN, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Jaishun CHEN, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 26th of July 2021.

_____
HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

<u>PROBABLE CAUSE STATEMNT</u>

I, United States Customs and Border Protection (CBP) Officer Curtis Arciaga, declare under penalty of perjury the following to be true and correct:

The complainant states that Jaishun CHEN is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impractical to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 24, 2021, at approximately 7:05 P.M., Chun Tse LIN (Defendant), a United States citizen, applied for entry into the United States from Mexico at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a silver Ford Expedition bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his United States passport and stated he was going to Los Angeles, California with nothing to declare from Mexico. The CBP Officer conducted primary queries and received a computer-generated alert. The CBP Officer referred the Defendant and the vehicle to secondary for further inspection.

In secondary, Defendant was escorted to the Security Office for pat down. A CBP Officer attempted to start the vehicle but it did not start. The CBP Officer was able to start the vehicle on the second attempt and drove the vehicle through Z-portal (X-Ray). A CBP Officer operating the Z-portal noticed anomalies within the dashboard and went to inspect the vehicle. The CBP Officer then took out the glove box and noticed a compartment behind the radio. The CBP Officer pushed back a black cover and noticed a person's arm. CBP Officers assisted and removed a male from a non-factory dashboard compartment of the vehicle. The male was later identified as Jaishun CHEN (Material Witness) determined to be a citizen of China without legal documents to enter the United States. CHEN is now being held as a Material Witness.

Continued Probable Cause Statement on Page 2:

1

Continuation of Probable Cause Statement
RE: U.S. v. Chun Tse LIN

A videotaped interview was conducted with Material Witness.  Material Witness stated he is a citizen of China without lawful documents to enter or reside in the United States. Material Witness stated his friend made all the smuggling arrangements and was going to pay between $3000 to $4000 USD upon successful entry.  Material Witness stated he was going to Los Angeles, California.

Executed on this 25th day of July 2021 at 7:00 A.M.

_____
Curtis Arciaga / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the defendant named herein committed the offense on July 24th, 2021, in violation of Title 8, United States Code, Section 1324.

_____
MAGISTRATE JUDGE

**10:11 AM, Jul 25, 2021**
_____
DATE / TIME